**David M. STEVENS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35424.**

Missouri Court of Appeals,
Western District.

May 22, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
July 3, 1984.

Application to Transfer Denied
Sept. 11, 1984.

Fred Duchardt, Public Defender and Peter M. Schloss, Asst. Public Defender, Liberty, for appellant.

John Ashcroft, Atty. Gen., and Frank A. Rubin, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and CLARK and BERREY, JJ.

## ORDER

**PER CURIAM:**

Appeal from denial of motion to vacate judgments and sentences entered pursuant to guilty pleas to two counts of first degree assault and one count of first degree robbery pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).